Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Assistant United States Attorney
Post Office Box 14948
Spokane, WA  99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERARDO GONZALEZ MANZO,<br><br>    Defendant. | Case No:  2:24-CR-15-SAB<br><br>INFORMATION<br><br>18 U.S.C. § 1709<br>Theft of Mail by Postal Employee |

The United States Attorney charges:

In or around December 2022, in the Eastern District of Washington, the Defendant GERARDO GONZALEZ MANZO, being an employee of the United States Postal Service, did steal and embezzle a greeting card containing a $10.00 Safeway gift card from mail that had lawfully come into his possession and was intended to be

//

//

//

INFORMATION - 1

conveyed by mail, specifically, a first-class mailer addressed to **703 Quail, Cheney, WA, 99004, in violation of 18 U.S.C. § 1709.

Dated this 19th day of January, 2024.

                    Vanessa R. Waldref
                    United States Attorney

*(signature)*
Dan Fruchter
Assistant United States Attorney

INFORMATION - 2