FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**CHARGES AND PENALTIES**

Jan 19, 2024

SEAN F. McAVOY, CLERK

CASE NAME <u>GERARDO GONZALEZ MANZO</u>    CASE NO. <u>2:24-CR-15-SAB-1</u>

TOTAL # OF COUNTS: <u>1</u>    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1709 | Theft of Mail by Postal Employee | CAG not more than 5 years; up to a $250,000 fine; up to 3 years supervised release; and a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |